# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0553
Lower Tribunal No. 2024-CF-014893

_____

OSCAR CASTILLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Bruce Kyle, Judge.

June 5, 2026

WOZNIAK, J.

Oscar Castillo appeals the order denying his Florida Rule of Criminal Procedure 3.170(*l*) motion to withdraw plea. He argues that the trial court erred in imposing a more severe sentence than agreed to in his *Quarterman*[1] agreement based on his failure to appear at the sentencing hearing and for committing new law violations during the two-week period between his plea hearing and the deferred

_____

[1] *Quarterman v. State*, 527 So. 2d 1380 (Fla. 1988).

sentencing hearing. Because Castillo failed to properly preserve either issue, we affirm. We do so without prejudice to Castillo filing a Florida Rule of Criminal Procedure 3.850 motion.

AFFIRMED.

BROWNLEE and PRATT, JJ., concur.

Terry McCreary, of The McCreary Law Firm, P.A., Kaukauna, Wisconsin, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED